UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-23534-CIV-SEITZ/SIMONTON

ELSA MARTINEZ, et al.,

      Plaintiffs,

vs.

MIAMI-DADE COUNTY, et al.,

      Defendants.
_____/

## ORDER GRANTING JAMES LOFTUS' MOTIONS TO DISMISS

THIS MATTER is before the Court on Defendant James Loftus's Motion to Dismiss [DE-34], Plaintiffs' response [DE-35], and Defendant James Loftus's Second Motion to Dismiss Complaint and Reply to Plaintiffs' Response to Defendant James Loftus's Motion to Dismiss [DE-36]. Plaintiffs have not filed a response to the Second Motion to Dismiss. In his first Motion to Dismiss, Loftus seeks to dismiss Plaintiffs' complaint because he was not served within 120 days of the filing of the complaint, as required by Federal Rule of Civil Procedure 4(m).[1] After the filing of the first motion on March 15, 2013, Plaintiffs attempted to serve Loftus on March 19, 2013. *See* DE-35-1. In his second motion, Loftus moves to dismiss because the summons served upon him did not comply with Federal Rule of Civil Procedure 4(a)(1); the

---

[1] In their response, Plaintiffs assert that their counsel had an agreement with Loftus' counsel that service would not be necessary until the Court ruled on Miami-Dade County's motion to dismiss. In the reply, Loftus asserts that no such agreement existed. Because the Court grants dismissal based on improper service, it will not reach whether Plaintiffs had good cause to justify late service.

summons was not signed by the clerk and did not bear the Court's seal.[2] Both of these are requirements for a proper summons. Accordingly, it is hereby

ORDERED that:

1. Defendant James Loftus's Second Motion to Dismiss Complaint [DE-36] is GRANTED for lack of proper service. Defendant Loftus is DISMISSED.

2. Defendant James Loftus's Motion to Dismiss [DE-34] is DENIED as moot.

DONE and ORDERED in Miami, Florida, this 3rd day of May, 2013.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record

---

[2] The summons did not even have the name of the current Clerk of Court printed on it.

2